**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| **SAMPSON K. KYERE, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:26-cv-002935-BAH** |
| | ) | |
| | ) | |
| **LIFEBRIDGE HEALTH, INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF MICAH E. TICATCH

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is a member in good standing of the Maryland bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendants LifeBridge Health Inc., Daniel Durand, Elizabeth Zadzielski, Omar Zalatimo, and Daniel Blum.

Dated:  July 30, 2026                    Respectfully submitted,


/s/ Micah E. Ticatch
Micah E. Ticatch, MD Fed. Bar No. 21208
John W. H. Harding, MD Fed. Bar No. 32129
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com
jharding@islerdare.com

*Counsel for Defendants LifeBridge Health Inc., Daniel Durand, Elizabeth Zadzielski, Omar Zalatimo, and Daniel Blum*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of July 2026, I will electronically file and serve a copy of the foregoing via electronic mail to the following:

Tiffany M. Releford
ICE MILLER, LLP
100 Light Street, Suite 2700
Baltimore, MD 21202
Tiffany.Releford@icemiller.com

*Counsel for Plaintiff*

/s/ Micah E. Ticatch
Micah E. Ticatch, MD Fed. Bar No. 21208
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for Defendants LifeBridge Health Inc., Daniel Durand, Elizabeth Zadzielski, Omar Zalatimo, and Daniel Blum*