**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| SAMPSON K. KYERE, JR. ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No.  1:26-cv-002935-BAH** |
| ) | |
| ) | |
| LIFEBRIDGE HEALTH, INC., *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS' STATEMENT PURSUANT TO
AMENDED STANDING ORDER 2021-13**

Pursuant to the Court's Amended Standing Order 2021-13 (Dkt No. 6), Defendants LifeBridge Health Inc., Daniel Durand, Elizabeth Zadzielski, Omar Zalatimo, and Daniel Blum (collectively "Defendants") state as follows:

1.      Defendants were served with Plaintiff's state court Amended Complaint and Summons on December 6, 2023.

2.      On July 9, 2026, Plaintiff served his Second Amended Statement of Claim on Defendants, which added a claim arising under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112.  The Second Amended Statement of Claim represented the first time Plaintiff had asserted a claim against Defendants in this case arising under federal law.  Defendants removed the case within thirty (30) days of Defendants' receipt of the Second Amended Statement of Claim. A more detailed recitation of the procedural history of this case can be found in the Notice of Removal (Dkt. No. 1).

3.      All Defendants formally joined in the Notice of Removal.

Dated:  August 11, 2026

Respectfully submitted,

*/s/ John W. H. Harding*
Micah E. Ticatch, MD Fed. Bar No. 21208
John W. H. Harding, MD Fed. Bar No. 32129
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com
jharding@islerdare.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2026, I will electronically file and serve a copy of the foregoing via electronic mail:

> Tiffany M. Releford, Esq.
> ICE MILLER, LLP
> 100 Light Street, Suite 2700
> Baltimore, MD 21202
> Tiffany.Releford@icemiller.com
>
> *Counsel for Plaintiff*

> /s/ John W. H. Harding
> John W. H. Harding, MD Fed. Bar No. 32129
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> jharding@islerdare.com
>
> *Counsel for Defendants*

3