**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Sampson K. Kyere, Jr.
_____

**Plaintiff,**

\*

\*

**v.**                                              **Case No.** 1:26-cv-002935-BAH
                                                    _____
Lifebridge Health, Inc., et al.,
_____              \*

**Defendant.**                          \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that  Sampson K. Kyere, Jr.
                                                 _____
                                                            (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                            (name of party)

_____.
                        (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                (names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| _____ (name of member) | _____ (state of citizenship) |
| _____ (name of member) | _____ (state of citizenship) |
| _____ (name of member) | _____ (state of citizenship) |
| _____ (name of member) | _____ (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

8/12/26
_____
Date

*Tiffany Releford*
_____
Signature

Tifany M. Releford  Bar # 28038
_____
Printed name and bar number

100 Light St, Ste 2700, Baltimore, MD 21202
_____
Address

tiffany.releford@icemiller.com
_____
Email address

410-951-5884
_____
Telephone number

410-951-5879
_____
Fax number