**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SAMPSON K. KYERE, JR., MD, PhD.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 1:26-cv-02935-BAH** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIFEBRIDGE HEALTH, INC., *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ENTRY OF APPEARANCE

The docket does not reflect the undersigned as counsel of record for the Plaintiff. Please enter the appearance of Tiffany M. Releford and the law firm of Ice Miller LLP as counsel for Plaintiff Sampson K. Kyere, Jr., MD, PhD. in the above captioned matter.

**Dated:** August 17, 2026

Respectfully submitted,

*Tiffany M. Releford*

**ICE MILLER LLP**

**Tiffany M. Releford, Esq. (Bar No. 28038)**
Tiffany.Releford@IceMiller.com
100 Light Street, Suite 2700
Baltimore, Maryland 21202
Phone: 410-951-5884

*Counsel for Plaintiff Sampson K. Kyere, Jr., MD, PhD.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing Notice with the Clerk of the Court using the Court's MDEC System which will send notification of such filing to all counsel of record.

*/s/ Tiffany M. Releford*
Tiffany M. Releford, Esq.