**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SAMPSON K. KYERE, JR., MD, PhD.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 1:26-cv-02935-BAH** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIFEBRIDGE HEALTH, INC., *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF, DR. SAMPSON KYERE'S, MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1447, Plaintiff, Dr. Sampson Kyere, Jr., by and through the undersigned counsel, hereby moves to remand the above captioned matter to the Circuit Court for Baltimore City. For the reasons more fully stated in the attached Memorandum of Law, the instant matter should be remanded to the Circuit Court for Baltimore City because the matter was improperly removed by Defendants and this Court, therefore, lacks jurisdiction over the matter.

Wherefore, for the foregoing reasons, Plaintiff requests the matter be remanded to the Circuit Court for Baltimore City, the Court enter an award for attorney's fees and costs in accordance with 28 U.S.C. § 1447(c), and for such other relief as justice may require.

Respectfully submitted,

/s/ *Tiffany Releford*
Tiffany Releford, Esq. (Bar No. 28038)
Ice Miller L.L.P.
100 Light Street, Suite 2700
Baltimore, MD. 21202
(410)-951-5884
(410)-951-5879 (facsimile)
Tiffany.Releford@icemiller.com
*Counsel for Sampson Kyere, MD, PhD*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2026, a copy of Plaintiff's Motion to Remand, corresponding memorandum of law, and proposed Order was electronically filed and served on all counsel of record and any other registered users through the Court's CM/ECF system.

/s/ *Tiffany Releford*
Tiffany Releford, Esq. (Bar No. 28038)
Ice Miller L.L.P.
100 Light Street, Suite 2700
Baltimore, MD. 21202
(410)-951-5884
(410)-951-5879 (facsimile)
Tiffany.Releford@icemiller.com
*Counsel for Sampson Kyere, MD, PhD*