EXHIBIT 7

| | | |
|---|---|---|
| SAMPSON K. KYERE, MD, PHD JR. | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| vs. | * | FOR |
| LIFEBRIDGE HEALTH, INCORPORATED, et al., | * | BALTIMORE CITY |
| | * | CASE NO.: 24-C-23-005020 |
| Defendants. | | |

* * * * * * * * * * * * * *

## ORDER TO STAY CASE AND COMPEL PARTIES TO SUBMIT TO ARBITRATION

This matter came before the Court on March 18, 2024, for a hearing on Defendants' Motion to Compel Arbitration (Docket Entry No. 8), Plaintiff's Opposition (Docket Entry No. 8/1), Defendants' Reply (Docket Entry No. 11), and Plaintiff's Surreply (Docket Entry No. 12). The hearing was conducted via remote electronic participation pursuant to Maryland Rule 21-201. Plaintiff's counsel appeared for the hearing. Defendants' counsel appeared for the hearing. Upon consideration of the pleadings, arguments, and applicable law, it is this 19th day of March 2024, by the Circuit Court for Baltimore City, Part 24, hereby:

**ORDERED** that, for the reasons stated on the record, Defendants' Motion to Compel Arbitration (Docket Entry No. 8) is GRANTED; and it is therefore

**ORDERED** that the parties shall submit to arbitration, in accordance with the subject Letter of Agreement; and it is further

**ORDERED** that the above-captioned case is hereby STAYED pending the parties' completion of arbitration and the filing of a joint motion to lift this stay.

TRUE COPY TEST

Xavier A. Conaway, Clerk of the Circuit Court

Judge Kendra Young Ausby
Judge's Signature appears on the original document



8/2 KB