EXHIBIT 11

**AMERICAN HEALTH LAW ASSOCIATION ARBITRATION**

| | |
|---|---|
| **SAMPSON K. KYERE, JR., MD, PHD,** | **Arbitration No. 8339** |
| **Claimant,** | **Arbitrator: Kimberly W. Daniel** |
| **v.** | **Hearing Date: June 26, 2024** |
| **LIFEBRIDGE HEALTH, INC., *et al.*,** | |
| **Respondents.** | |

**ORDER TO STAY ARBITRATION**

This matter came before the arbitrator on June 26, 2024, for a hearing on Claimant Sampson K. Kyere, Jr., M.D., Ph.D's ("Claimant") Motion Objecting to Arbitration of Claims Against Drs. Elizabeth Zadzielski, Omar Zalatimo, and Daniel Durand ("Motion Objecting to Arbitration of Claims Against Individuals") and Respondents' Motion to Stay Arbitration. The hearing was conducted via remote electronic participation. Upon consideration of the pleadings, arguments of counsel for the parties, and applicable law, it is this 11th day of July 2024, hereby:

**ORDERED** that Respondents' Motion to Stay Arbitration is GRANTED. The policy underlying the Maryland Uniform Arbitration Act and Federal Arbitration Act, as well as the reasoning of the United States Supreme Court in *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023) require a stay until Claimant's appeal of the Circuit Court of Baltimore City's order compelling arbitration of the Kyere, MD, PhD, Jr. v. LifeBridge Health, Inc. case is resolved.

**It is further ORDERED** that Claimant's Motion Objecting to Arbitration of Claims Against Individuals is deferred until resolution of the Claimant's appeal of the Circuit Court of

Baltimore City's order compelling arbitration of Claimant's claims with all Respondents, including Drs. Elizabeth Zadzielski, Omar Zalatimo, and Daniel Durand.

The parties are asked to submit a joint status update not less than every six (6) months from the date of this Order.

SO ORDERED:

Richmond, Virginia
Arbitrator

Kim Daniel

Kimberly W. Daniel

Dated: July 11, 2024

**Certificate of Service**

I certify that I have this 11th day of July, 2024, served this Order to Stay Arbitration on counsel of record for the parties shown below, by filing it with AHLA's portal for this case, and by e-mailing it to counsel for all parties:

Tiffany Releford, Esq., for Claimant
Ice Miller L.L.P.
100 Light Street, Suite 1350
Baltimore, MD 21202
Tiffany.Releford@icemiller.com

Sigrid C. Haines, Esq., for Claimant
Samual P. Morse, Esq., for Claimant
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, MD 21202
shaines@whitefordlaw.com
smorse@whitefordlaw.com

Micah E. Ticatch, for Respondents
Isler Dare, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
mticatch@islerdare.com

Kim Daniel

Kimberly W. Daniel
Arbitrator