**AMERICAN HEALTH LAW ASSOCIATION**

| | | |
|---|---|---|
| **SAMPSON K. KYERE, JR., MD, PHD** | * | |
| **Claimant,** | * | |
| **v.** | * | **Arbitration No. 8339** |
| **LIFEBRIDGE HEALTH, INC.** ***et al.,*** | * | **Arbitrator: Kimberly W. Daniel** |
| **Respondents.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CLAIMANT, DR. SAMPSON KYERE'S, MOTION FOR LEAVE TO AMEND CLAIM**

Claimant, Sampson K. Kyere, Jr., MD, PhD, by and through undersigned counsel, files this Motion for Leave to Amend Claim and Statement Clarifying Claims Against All Parties, and in support thereof, states as follows:

**1.** Dr. Kyere filed in the instant Claim on April 3, 2024;

**2.** On July 11, 2024, Arbitrator Daniel issued an Order staying the instant Arbitration "until Claimant's appeal of the Circuit Court of Baltimore City's order compelling arbitration of Kyere, MD, PhD, Jr. v. LifeBridge Health, Inc. case is resolved."

**3.** On February 27, 2026, the Appellate Court of Maryland issued an Opinion affirming the Circuit Court's Order compelling arbitration. *Kyere v. Durand*, *et al.*, 269 Md. App. 1 (2026).

**4.** In this Opinion, the Court keenly identified that "the arbitration clause specifies that, '[t]he authority of the arbitrator will be limited to a determination of the facts, and to the *interpretation and application of specific provisions of the physician's Letter of Agreement and this document* as they may apply to the issue. (Emphasis added)." *Id*. at 1.

**5.** The Court also noted that "[t]he arbitrability of a claim turns on the factual allegations encompassed in that claim, rather than the legal causes of action asserted." *Id*. (internal quotations omitted).

**6.** Based on this, the Court deferred to the "arbitrator's skilled judgment" to address the arbitrability of claims "[t]o the extent that the factual allegations encompassed in any claim in Dr. Kyere's Complaint create ambiguity as to whether the Letter of Agreement and the Standard Terms apply to that claim." *Id*. at 34-35.

**7.** Under Maryland law, "[o]nly with a careful examination of each individual claim, and the specific factual allegations upon which those claims are based, can we reach a result that both respects the narrow scope of the parties' agreement to arbitrate, and recognizes the strong public policy in favor of arbitration." *The Redemptorists v. Coulthard Servs., Inc*., 145 Md. App. 116, 152 (2002).

**8.** To that end, Dr. Kyere seeks to amend his claims against Respondents as outlined in the Second Amended Statement of Claim[1] appended hereto as **Exhibit A** to outline the facts and claims underlying this arbitration proceeding which would be relevant for review by this Arbitrator for impending Motion objecting to arbitrability of claims against Respondents.

**9.** Under the AHLA Rules of Procedure for Employment Arbitration, "[n]o permission is required to file an amended claim, counterclaim, or third-party claim prior to the appointment of an arbitrator." *See* AHLA Rule 5.1.

**10.** Therefore, Dr. Kyere respectfully requests leave to file an amended claim.

---

[1] Dr. Kyere previously amended his Statement of Claim on November 1, 2024 to add Daniel Blum as a Respondent to the instant arbitration.

**11.** There is no prejudice to Respondents by Dr. Kyere's request to file an amended claim as the Status Conference has not been conducted and discovery has not commenced.

**WHEREFORE**, Dr. Kyere respectfully requests that this Arbitrator:

1. Grant Dr. Kyere's Motion for Leave to Amend Claim; and
2. Grant any other relief the Arbitrator determines is appropriate or necessary.

*/s/ Tiffany Releford*
Tiffany Releford, Esq.
IceMiller L.L.P.
100 Light Street, Suite 2700
Baltimore, MD. 21202
(410)-951-5884
(410)-951-5879 (facsimile)
Tiffany.Releford@icemiller.com
*Counsel for Sampson Kyere, MD, PhD*

*/s/ Sigrid Haines*
Sigrid C. Haines, Esq.
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, MD. 21202
Baltimore, MD 21202
(410)-347-8753
(410) 223-3735 (facsimile)
shaines@whitefordlaw.com
*Counsel for Sampson Kyere, MD, PhD*