EXHIBIT 15

## RE: Pleadings

1 message

**Tiffany.Releford@icemiller.com** <Tiffany.Releford@icemiller.com> Wed, May 20, 2026 at 7:40 PM
To: "Micah E. Ticatch" <mticatch@islerdare.com>
Cc: "Sigrid Haines (shaines@whitefordlaw.com)" <shaines@whitefordlaw.com>, "Tsega Girma Kyere (tgirma@gmail.com)" <tgirma@gmail.com>

Good evening Micah,

1. ADA--this is a statement of claim for the arbitration forum. It does not amend the operative complaint in Circuit Court. Therefore, there would be no basis to remove that action on the basis of this filing. All the ADA claims are against LBH, not the individual Respondents. That has also been clarified with this Statement of Claim. All claims against LBH are remaining in arbitration. Furthermore, the addition of the ADA provision was only under Count III--a claim solely against LBH. Is it your position that individual Defendants would have a right to remove based on claims against LBH?

2. The aiding and abetting count is based on the gross negligence claim. To that end, paragraph 492 states "Mr. Blum, Drs. Zalatimo, Zadzielski, and other unknown persons as members of the IPC aided and abetted LBH to achieve its unlawful and illicit scheme to terminate Dr. Kyere from his employment by conducting a grossly negligent and unlawful investigation into his health."

3. We have not done any discovery so Dr. Kyere cannot consent to any agreement that he will make no further amendments to the pleadings in this arbitration action. This Statement of Claim is being filed pre-discovery based on the ACM Opinion. To the extent he obtains information in discovery which gives rise to additional claims, he reserves the right to amend his claims accordingly.

Based on the foregoing, what is your position with regard to the Statement of Claim?

**Tiffany Releford** | Partner

IceMiller

P 410-951-5884 C 202-339-1781 F 410-951-5879