EXHIBIT 16

## RE: Pleadings

1 message

**Micah E. Ticatch** <mticatch@islerdare.com> Wed, May 20, 2026 at 8:40 PM
To: "Tiffany.Releford@icemiller.com" <Tiffany.Releford@icemiller.com>
Cc: "Sigrid Haines (shaines@whitefordlaw.com)" <shaines@whitefordlaw.com>, "Tsega Girma Kyere (tgirma@gmail.com)" <tgirma@gmail.com>

In red below.

**Micah E. Ticatch**

1945 Old Gallows Road, Suite 650

Vienna, Virginia 22182

Direct: 703-663-1308

Fax: 703-748-2695

IslerDare

*Your workplace, our insight*

**From:** Tiffany.Releford@icemiller.com <Tiffany.Releford@icemiller.com>
**Sent:** Wednesday, May 20, 2026 7:40 PM
**To:** Micah E. Ticatch <mticatch@islerdare.com>
**Cc:** Sigrid Haines (shaines@whitefordlaw.com) <shaines@whitefordlaw.com>; Tsega Girma Kyere (tgirma@gmail.com) <tgirma@gmail.com>
**Subject:** RE: Pleadings

Good evening Micah,

1. ADA--this is a statement of claim for the arbitration forum. It does not amend the operative complaint in Circuit Court. Therefore, there would be no basis to remove that action on the basis of this filing. All the ADA claims are against LBH, not the individual Respondents. That has also been clarified with this Statement of Claim. All claims against LBH are remaining in arbitration. Furthermore, the addition of the ADA provision was only under Count III--a claim solely against LBH. Is it your position that individual Defendants would have a right to remove based on claims against LBH? As you know cases are removed, not claims. If there is a federal claim the whole case would be subject to removal. I understand your argument that the court should look to the state court complaint rather than the arbitration complaint. I don't think that is correct, but it sounds like a plausible argument you could make on a remand motion. What matters for today is that you agree you will not attempt to deprive the federal court of subject matter jurisdiction by withdrawing the ADA claim (*again*) after removal. If you are going to do that, then I would ask that you just not amend the claim today and save everyone the unnecessary hassle.

2. The aiding and abetting count is based on the gross negligence claim. To that end, paragraph 492 states "Mr. Blum, Drs. Zalatimo, Zadzielski, and other unknown persons as members of the IPC aided and abetted LBH to achieve its unlawful and illicit scheme to terminate Dr. Kyere from his employment by conducting a grossly negligent and unlawful investigation into his health." Please put that in the title of the count, i.e. "Aiding and Abetting Gross Negligence". I will also note that a claim for aiding and abetting ones own conduct strikes me as frivolous and I would ask you to reconsider whether it is necessary to waste efforts on litigating such a claim. Assuming the title change, I won't hold up the amendment on this claim—but will note that if I have to move to dismiss this claim I may ask for sanctions in connection with that motion.

3. We have not done any discovery so Dr. Kyere cannot consent to any agreement that he will make no further amendments to the pleadings in this arbitration action. This Statement of Claim is being filed pre-discovery based on the ACM Opinion. To the extent he obtains information in discovery which gives rise to additional claims, he reserves the right to amend his claims accordingly. I understand the point about discovery. But I am reacting to the constant reimagining of new legal theories irrespective of any change in your understanding of the facts. I need an agreement that those types of amendments end with this document.

Based on the foregoing, what is your position with regard to the Statement of Claim?

**Tiffany Releford** | Partner

IceMiller

P 410-951-5884 C 202-339-1781 F 410-951-5879

100 Light Street Suite 2700 Baltimore, MD 21202

Tiffany.Releford@icemiller.com | icemiller.com

**From:** Micah E. Ticatch <mticatch@islerdare.com>
**Sent:** Wednesday, May 20, 2026 6:52 PM
**To:** Releford, Tiffany <Tiffany.Releford@icemiller.com>
**Cc:** Sigrid Haines (shaines@whitefordlaw.com) <shaines@whitefordlaw.com>; Tsega Girma Kyere (tgirma@gmail.com) <tgirma@gmail.com>
**Subject:** RE: Pleadings