**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SAMPSON K. KYERE, JR., MD, PhD.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 1:26-cv-02935-BAH** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIFEBRIDGE HEALTH, INC., *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Remand and any opposition thereto, it is this _____ day of ___________, 2026, by the United States District Court for the District of Maryland,

**ORDERED**, that the Plaintiff's' Motion to Remand be, and hereby is **GRANTED**; and it is further

**ORDERED** that Plaintiff's request for award of just costs and actual expenses, including attorney fees, in accordance with 28 U.S.C. § 1447 is also **GRANTED**; and it is further

**ORDERED** that Plaintiff's counsel shall file an affidavit setting out the fees and other expenses associated with the filing of the Motion to Remand and any related filings within five business days of the entry of this Order.

___________________________________
The Honorable Brendan A. Hurson
Judge, United States District Court for the
District of Maryland