**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SAMPSON K. KYERE, JR. *

**Plaintiff,** *

**v.** * **Case No.** 1:26-cv-2935-BAH

LIFEBRIDGE HEALTH, INC., et al., *

**Defendant.** *

**AMENDED**
**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☐ I certify, as party/counsel in this case that ______________________
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

▣ The following corporate affiliations exist with LIFEBRIDGE HEALTH, INC.:
(name of party)

See Attachment A.
(names of affiliates)

▣ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Allied World Insurance Company ("AWIC").
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

________________________ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

August 27, 2026
Date

/s/ John W. H. Harding
Signature

John W. H. Harding, MD Fed. Bar No. 32129
Printed name and bar number

1945 Old Gallows Road, Suite 650, Vienna VA 22182
Address

jharding@islerdare.com
Email address

703) 748-2690
Telephone number

(703) 748-2695
Fax number

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| **SAMPSON K. KYERE, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-002935** |
| | ) | |
| | ) | |
| **LIFEBRIDGE HEALTH, INC., *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ATTACHMENT A TO AMENDED DISCLOSURE OF CORPORATE INTEREST**

LifeBridge Health, Inc.

- Sinai Hospital of Baltimore, Inc.
  - LifeBridge Cardiology at Quarry Lake, LLC
  - Sinai Parking Facility, LLC
  - LifeBridge Center for Hope, Inc.
- Northwest Hospital Center, Inc.
- Grace Medical Center, Inc.
- Carroll County Health Services Corporation
  - Carroll Hospital Center, Inc.
    - BridgingLife, Inc.
    - Carroll Regional Cancer Center Physicians, LLC
    - Carroll Hospital Center Foundation, Inc.
    - Access Carroll, Inc.
    - Mt. Airy Health Services, LLC
    - Carroll County Radiology, LLC.
    - Carroll Hospital Center MOB Investment, LLC
    - Carroll Medical Office Associates, LLC.
- Levindale Hebrew Geriatric Center and Hospital, Inc.
- Courtland Gardens Nursing and Rehabilitation Center, Inc.

LBH Carroll County Nursing and Rehabilitation, LLC

Brinton Woods Health Care Center, LLC

Brinton Woods Senior Living, LLC

Springwell Partners, LLC

Springwell, LLC

Age Wave Properties LLC

The Baltimore Jewish Health Foundation, Inc.

The Baltimore Jewish Eldercare Foundation, Inc.

Children's Hospital at Sinai Foundation, Inc.

Children's Hospital of Baltimore City, Inc.

Center for Hope, Inc.

The Family Tree, Inc.

West Baltimore Renaissance Foundation, Inc.

Calhoun Street Investments, LLC

Calhoun Street Investments II, LLC.

LifeBridge Insurance Company, Ltd.

LifeBridge Health Clinically Integrated Network, LLC

LifeBridge Clinically Intergrated Network, LLC

LifeBridge Health ACO, LLC

Baltimore County Radiology, LLC

Greenspring Office One, LLC

8600 Liberty Road, LLC

LifeBridge 23 Crossroads Drive Medical Office Building, LLC

LifeBridge Anesthesia Associates, LLC

LifeBridge Suburban Anesthesia, LLC

LifeBridge Metropolitan Anesthesia, LLC

LifeBridge Investment Holdings I, Inc.

LifeBridge Investment Holdings II, Inc.

LifeBridge Community Physicians, LLC

BW Primary Care, LLC

LifeBridge Atlantic Medical, LLC

LifeBridge Cardiology of Carroll County, LLC

LifeBridge Cardiology of Westminster, LLC

- LifeBridge Health Cardiology of Baltimore, LLC
- LifeBridge Metropolitan Physician Group, LLC
- LifeBridge Metropolitan Staffing, LLC
- LifeBridge Potomac Professionals, LLC
- LifeBridge Suburban Physician Group, LLC
- LifeBridge Suburban Staffing, LLC
- Woodholme Cardiology, LLC
- Cardiovascular Associates of Maryland, LLC
- LifeBridge Cardiology of Parkville, LLC
- LifeBridge Community Gastroenterology, LLC
- LifeBridge Community Pediatrics, LLC
- LifeBridge Community Pulmonology, LLC
- LifeBridge Gynecology of Pikesville, LLC
- LifeBridge Medical Associates, LLC
- LifeBridge Metropolitan Physician Group II, LLC
- LifeBridge Multi-Specialty, LLC
- LifeBridge Neurosciences, LLC
- LifeBridge Primary Care of Eldersburg, LLC
- LifeBridge Primary Care of North Carroll, LLC
- LifeBridge Rehabilitation Services, LLC
- LifeBridge Suburban Physician Group II, LLC

LifeBridge Investments, LLC

- Practice Dynamics, LLC
  - FCOC, LLC
  - Lochearn Nursing Home, LLC
  - Courtland, LLC
- Acute Diagnostics and Services, LLC
- Baker Rehab Group LLC
  - HomeCare Rehab and Nursing LLC
  - HomeCare Rehab LLC
  - Baker Driving Rehabilitation, LLC
  - Baker Rehab Agency, LLC
  - Baker Rehab and Nursing Home Health Agency LLC

- Ellicott City ASC Management, L.L.C.
  - Ellicott City ASC Holdings, L.L.C.
  - Ellicott City Ambulatory Surgery Center, L.L.L.P.
- General Surgery Specialists, LLC
- Healthstar Medical Services, Inc.
- LifeBridge Alterwood Holdings, LLC
  - Alterwood Holdings, LLC
    - Alterwood Health, Inc.
      - Alterwood Advantage, LLC
        - Alterwood Advantage, Inc.
      - MD Health Advantage, LLC
        - MD Health Advantage, Inc.
      - Alterwood Advantage of PA, LLC
        - Alterwood Advantage of PA, Inc.
      - Alterwood Health Management Company, Inc.
      - Delaware Health Advantage, LLC
        - DE Health Advantage, Inc.
      - Blue Hen Advantage, LLC
        - Blue Hen Advantage, Inc.
- LifeBridge Community Practices, LLC
- LifeBridge Health and Fitness, LLC
- LifeBridge Health Israel Ltd.
- LifeBridge Innovations, LLC
- LifeBridge Investments Properties, LLC
- National Respiratory Care, LLC
- Nation's Home Medical Equipment, LLC
- Nation's Infusion at Home, LLC
- Sinai Eldersburg Real Estate, LLC
- The Center for Urologic Specialties, LLC
- 1501 Health Investments
  - BabyLiveAdvice, Inc.
  - Delfina Health, Inc.

Health in Her Hue Inc.
Live Chair, Inc.
MapHabit Holdings, Inc.
Pair Team, Inc.
Reframe Health, Inc.
Ryse Health, Inc.
Visana Health, Inc.
Xploro, Inc.
Cherrywood Limited Partnership
Health Practice Partners, LLC
Homecare Maryland, LLC
ISNP Holdings, LLC
LifeBridge Lab Management, LLC
LifeBridge Sports Medicine and Rehabilitation, LLC
MNR Industries, LLC
4009 North Point Boulevard, LLC
Children's Urgent Care, LLC
Children's Urgent Care of Towson, LLC
Children's Urgent Care of Westminster, LLC
Eden Hill ExpressCare, LLC
ExpressCare, LLC
ExpressCare at the Festival, LLC
ExpressCare of Bowie, LLC
ExpressCare of Brooklyn Park, LLC
ExpressCare of Eldersburg, LLC
ExpressCare of Ellicott City, LLC
ExpressCare of Essex, LLC
ExpressCare of Forest Hill, LLC
ExpressCare of Gambrills, LLC
ExpressCare of Hanover, LLC
ExpressCare of Hagerstown, LLC
ExpressCare of James Run, LLC
ExpressCare of Largo, LLC

ExpressCare of Loch Raven, LLC
ExpressCare of Manassas, LLC
ExpressCare of Middle River, LLC
ExpressCare of Northwest, LLC
ExpressCare of Owings Mills, LLC
ExpressCare of Padonia, LLC
ExpressCare of Parkville, LLC
ExpressCare of Quarry Lake, LLC
ExpressCare of Salisbury, LLC
ExpressCare of Severna Park, LLC
ExpressCare of Sinai, LLC
ExpressCare of Union, LLC
ExpressCare of Urbana, LLC
ExpressCare of Westminster LLC
Express Primary Care LLC
Hampstead Urgent Care, LLC
MNR of Frederick County, LLC
Express Care of Mt. Airy, LLC.
MNR of Virginia, LLC
ExpressCare of Ashburn, LLC
MNR Pennsylvania, LLC
Northwest Baltimore Radiation Therapy Regional Center, LLC
Oak Farm Solutions, LLC
PLMD, LLC
Post Acute Physician Partners, LLC
SurgiCenter of Baltimore, LLC
The Westminster Endoscopy ASC, LLC
Windrush Behavioral Health, LLC.
Carroll County Med-Services, LLC
Advanced PET Imaging of Maryland, LP
Carroll Occupational Health, LLC
Carroll County Dialysis Facility Limited Partnership

Carroll County General Hospital South Carroll Medical Center Condominium, Inc.

Carroll PHO, LLC

Carroll ACO, LLC

Carroll County CMO, L.L.C.

Carroll Metropolitan Physician Group, LLC

Mounty Airy Med-Services, LLC.

Carroll Health Group, LLC.

Carroll Hospital Center Auxiliary

Northwest Hospital Center Auxiliary

Sinai Mitzvah Foundation, Inc.

The Levindale Auxiliary, Inc.;

Medical Staff of Sinai Hospital of Baltimore, Inc.

Medical Staff of the Baltimore County General Hospital

Carroll Hospital Medical Staff, Inc.