**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SAMPSON K. KYERE, JR. *

**Plaintiff,** *

**v.** * **Case No.** 1:26-cv-2935-BAH

LIFEBRIDGE HEALTH, INC., et al., *

**Defendant.** *

**AMENDED**
**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☐ I certify, as party/counsel in this case that ______________________
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with LIFEBRIDGE HEALTH, INC.:
(name of party)

See Attachment A.
(names of affiliates)

■ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Allied World Insurance Company ("AWIC").
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

____________________ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

August 27, 2026
Date

/s/ John W. H. Harding
Signature

John W. H. Harding, MD Fed. Bar No. 32129
Printed name and bar number

1945 Old Gallows Road, Suite 650, Vienna VA 22182
Address

jharding@islerdare.com
Email address

703) 748-2690
Telephone number

(703) 748-2695
Fax number

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| **SAMPSON K. KYERE, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-002935** |
| | ) | |
| | ) | |
| **LIFEBRIDGE HEALTH, INC., *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ATTACHMENT A TO AMENDED DISCLOSURE OF CORPORATE INTEREST**

LifeBridge Health, Inc.

- Sinai Hospital of Baltimore, Inc.
  - LifeBridge Cardiology at Quarry Lake, LLC
  - Sinai Parking Facility, LLC
  - LifeBridge Center for Hope, Inc.
- Northwest Hospital Center, Inc.
- Grace Medical Center, Inc.
- Carroll County Health Services Corporation
  - Carroll Hospital Center, Inc.
    - BridgingLife, Inc.
    - Carroll Regional Cancer Center Physicians, LLC
    - Carroll Hospital Center Foundation, Inc.
    - Access Carroll, Inc.
    - Mt. Airy Health Services, LLC
    - Carroll County Radiology, LLC.
    - Carroll Hospital Center MOB Investment, LLC
    - Carroll Medical Office Associates, LLC.
- Levindale Hebrew Geriatric Center and Hospital, Inc.
- Courtland Gardens Nursing and Rehabilitation Center, Inc.

LBH Carroll County Nursing and Rehabilitation, LLC

Brinton Woods Health Care Center, LLC

Brinton Woods Senior Living, LLC

Springwell Partners, LLC

Springwell, LLC

Age Wave Properties LLC

The Baltimore Jewish Health Foundation, Inc.

The Baltimore Jewish Eldercare Foundation, Inc.

Children's Hospital at Sinai Foundation, Inc.

Children's Hospital of Baltimore City, Inc.

Center for Hope, Inc.

The Family Tree, Inc.

West Baltimore Renaissance Foundation, Inc.

Calhoun Street Investments, LLC

Calhoun Street Investments II, LLC.

LifeBridge Insurance Company, Ltd.

LifeBridge Health Clinically Integrated Network, LLC

LifeBridge Clinically Intergrated Network, LLC

LifeBridge Health ACO, LLC

Baltimore County Radiology, LLC

Greenspring Office One, LLC

8600 Liberty Road, LLC

LifeBridge 23 Crossroads Drive Medical Office Building, LLC

LifeBridge Anesthesia Associates, LLC

LifeBridge Suburban Anesthesia, LLC

LifeBridge Metropolitan Anesthesia, LLC

LifeBridge Investment Holdings I, Inc.

LifeBridge Investment Holdings II, Inc.

LifeBridge Community Physicians, LLC

BW Primary Care, LLC

LifeBridge Atlantic Medical, LLC

LifeBridge Cardiology of Carroll County, LLC

LifeBridge Cardiology of Westminster, LLC

LifeBridge Health Cardiology of Baltimore, LLC
LifeBridge Metropolitan Physician Group, LLC
LifeBridge Metropolitan Staffing, LLC
LifeBridge Potomac Professionals, LLC
LifeBridge Suburban Physician Group, LLC
LifeBridge Suburban Staffing, LLC
Woodholme Cardiology, LLC
Cardiovascular Associates of Maryland, LLC
LifeBridge Cardiology of Parkville, LLC
LifeBridge Community Gastroenterology, LLC
LifeBridge Community Pediatrics, LLC
LifeBridge Community Pulmonology, LLC
LifeBridge Gynecology of Pikesville, LLC
LifeBridge Medical Associates, LLC
LifeBridge Metropolitan Physician Group II, LLC
LifeBridge Multi-Specialty, LLC
LifeBridge Neurosciences, LLC
LifeBridge Primary Care of Eldersburg, LLC
LifeBridge Primary Care of North Carroll, LLC
LifeBridge Rehabilitation Services, LLC
LifeBridge Suburban Physician Group II, LLC

LifeBridge Investments, LLC

Practice Dynamics, LLC
FCOC, LLC
Lochearn Nursing Home, LLC
Courtland, LLC
Acute Diagnostics and Services, LLC
Baker Rehab Group LLC
HomeCare Rehab and Nursing LLC
HomeCare Rehab LLC
Baker Driving Rehabilitation, LLC
Baker Rehab Agency, LLC
Baker Rehab and Nursing Home Health Agency LLC

- Ellicott City ASC Management, L.L.C.
  - Ellicott City ASC Holdings, L.L.C.
  - Ellicott City Ambulatory Surgery Center, L.L.L.P.
- General Surgery Specialists, LLC
- Healthstar Medical Services, Inc.
- LifeBridge Alterwood Holdings, LLC
  - Alterwood Holdings, LLC
    - Alterwood Health, Inc.
      - Alterwood Advantage, LLC
        - Alterwood Advantage, Inc.
      - MD Health Advantage, LLC
        - MD Health Advantage, Inc.
      - Alterwood Advantage of PA, LLC
        - Alterwood Advantage of PA, Inc.
      - Alterwood Health Management Company, Inc.
      - Delaware Health Advantage, LLC
        - DE Health Advantage, Inc.
      - Blue Hen Advantage, LLC
        - Blue Hen Advantage, Inc.
- LifeBridge Community Practices, LLC
- LifeBridge Health and Fitness, LLC
- LifeBridge Health Israel Ltd.
- LifeBridge Innovations, LLC
- LifeBridge Investments Properties, LLC
- National Respiratory Care, LLC
- Nation’s Home Medical Equipment, LLC
- Nation’s Infusion at Home, LLC
- Sinai Eldersburg Real Estate, LLC
- The Center for Urologic Specialties, LLC
- 1501 Health Investments
  - BabyLiveAdvice, Inc.
  - Delfina Health, Inc.

- Health in Her Hue Inc.
- Live Chair, Inc.
- MapHabit Holdings, Inc.
- Pair Team, Inc.
- Reframe Health, Inc.
- Ryse Health, Inc.
- Visana Health, Inc.
- Xploro, Inc.

Cherrywood Limited Partnership

Health Practice Partners, LLC

Homecare Maryland, LLC

ISNP Holdings, LLC

LifeBridge Lab Management, LLC

LifeBridge Sports Medicine and Rehabilitation, LLC

MNR Industries, LLC

- 4009 North Point Boulevard, LLC
- Children's Urgent Care, LLC
- Children's Urgent Care of Towson, LLC
- Children's Urgent Care of Westminster, LLC
- Eden Hill ExpressCare, LLC
- ExpressCare, LLC
- ExpressCare at the Festival, LLC
- ExpressCare of Bowie, LLC
- ExpressCare of Brooklyn Park, LLC
- ExpressCare of Eldersburg, LLC
- ExpressCare of Ellicott City, LLC
- ExpressCare of Essex, LLC
- ExpressCare of Forest Hill, LLC
- ExpressCare of Gambrills, LLC
- ExpressCare of Hanover, LLC
- ExpressCare of Hagerstown, LLC
- ExpressCare of James Run, LLC
- ExpressCare of Largo, LLC

ExpressCare of Loch Raven, LLC

ExpressCare of Manassas, LLC

ExpressCare of Middle River, LLC

ExpressCare of Northwest, LLC

ExpressCare of Owings Mills, LLC

ExpressCare of Padonia, LLC

ExpressCare of Parkville, LLC

ExpressCare of Quarry Lake, LLC

ExpressCare of Salisbury, LLC

ExpressCare of Severna Park, LLC

ExpressCare of Sinai, LLC

ExpressCare of Union, LLC

ExpressCare of Urbana, LLC

ExpressCare of Westminster LLC

Express Primary Care LLC

Hampstead Urgent Care, LLC

MNR of Frederick County, LLC

Express Care of Mt. Airy, LLC.

MNR of Virginia, LLC

ExpressCare of Ashburn, LLC

MNR Pennsylvania, LLC

Northwest Baltimore Radiation Therapy Regional Center, LLC

Oak Farm Solutions, LLC

PLMD, LLC

Post Acute Physician Partners, LLC

SurgiCenter of Baltimore, LLC

The Westminster Endoscopy ASC, LLC

Windrush Behavioral Health, LLC.

Carroll County Med-Services, LLC

Advanced PET Imaging of Maryland, LP

Carroll Occupational Health, LLC

Carroll County Dialysis Facility Limited Partnership

Carroll County General Hospital South Carroll Medical Center Condominium, Inc.

Carroll PHO, LLC

Carroll ACO, LLC

Carroll County CMO, L.L.C.

Carroll Metropolitan Physician Group, LLC

Mounty Airy Med-Services, LLC.

Carroll Health Group, LLC.

Carroll Hospital Center Auxiliary

Northwest Hospital Center Auxiliary

Sinai Mitzvah Foundation, Inc.

The Levindale Auxiliary, Inc.;

Medical Staff of Sinai Hospital of Baltimore, Inc.

Medical Staff of the Baltimore County General Hospital

Carroll Hospital Medical Staff, Inc.